## Synopsis
## (Complaint)

| Field | Value |
|---|---|
| Name: | Darrell Murphy |
| Address: (City & State Only) | Carrollton, Ohio |
| Year of Birth and Age: | 1983; 42 years |
| Violations: | Failure to Present at a Border Crossing Point, 19 U.S.C. § 1459. |
| Penalties: | Not more than one year imprisonment, a fine of not more than $5,000, or both. 19 U.S.C. 1459(g) |
| Supervised Release: | Not more than one year. 18 U.S.C. § 3583(b)(3) |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Not more than one year. 18 U.S.C. § 3583(e)(3) |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | One year less any term of imprisonment imposed. |
| Defendant's Attorney: | TBD |
| Primary Investigative Agency and Case Agent Name: | U.S. Border Patrol, Agent Frederick McLean / Scott Hanton |
| Detention Status: | Government moving for Detention |
| Foreign National: | No |
| Foreign Consular Notification Provided: | N/A |
| County: | Washington |
| AUSA: | Joel B. Casey |
| Guidelines apply? | Yes |
| Victim Case: | No |
| Corporate Victims Owed Restitution? | None |
| Assessments: | $25.00; 18 U.S.C. § 3013(a)(1)(A)(iii) |